IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLENE KELLER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRUMBAUGH & QUANDAL, P.C.,<br><br>　　　　　　　Defendant. | 4:14CV3004<br><br>MEMORANDUM AND ORDER |

The defendant has not responded to the plaintiff's motion to continue, (Filing No. 11), and the deadline for responding has passed. The motion is deemed unopposed.

Accordingly,

IT IS ORDERED:

1) The plaintiff's motion to continue, (Filing No. 11), is granted.

2) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **January 20, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 6, 2015** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 5, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

March 25, 2014.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge